UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA ESCOBEDO, | No. 2:16-cv-0398 GGH P |
| Petitioner, | |
| v. | ORDER |
| JEFFREY MACOMBER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court has not ruled on petitioner's application to proceed in forma pauperis.

By order of March 28, 2016, the petition was dismissed as illegible and for failing to state a claim.  Petitioner has now filed an amended petition.  The amended petition attacks a conviction issued by the Imperial County Superior Court.  While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Imperial County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Southern District of California.

Dated: April 21, 2016

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

GGH:076/kly
garc0398.108